# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0139. IN THE INTEREST OF C.G., et al.**

Upon consideration of Appellant Catherine Bowles' "Emergency Motion for Extension of Time to File Application for Appellate Review," it is ordered that the same is hereby GRANTED. Appellant shall have until Tuesday, July 22, 2025 to file an application for discretionary appeal. See Court of Appeals Rules 16 (c) ("Only one extension of time [to file a discretionary application] will be granted, and the extension will not exceed the time otherwise allowed for the filing of an application."), 31 (a) ("An application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed[.]"); see also OCGA § 1-3-1 (d) (3) (providing that, if the last day of a time period falls on a Saturday or Sunday, a party with the duty to file an application for discretionary appeal shall have through the next business day to file the application).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/18/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*